FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 FEB 14  PM 4: 14 ?(

DISTRICT OF UTAH

Gary E. Jubber, Trustee (1758)
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re:<br><br>MANSFIELD CORPORATION,<br>MANSFIELD TRUST, a business trust<br>MANSFIELD VIATICAL MANAGEMENT, INC.,<br><br>Debtors. | Bankruptcy No. 02-28236 (JTM)<br>Bankruptcy No. 02-38565<br>Bankruptcy No. 03-26985<br>(Chapter 7)<br>(Substantively Consolidated)<br><br>**DEPOSIT OF UNCLAIMED FUNDS**<br><br>Honorable Joel T. Marker |
|---|---|

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1.   On November 2, 2010, the following checks were issued in the following amount:

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 10320 | Milan O. Rowe Living Trust<br>E.J. Allen, Trustee<br>13412 89th Avenue, NE<br>Kirkland, WA 98034 | $ 249.01 |
| 10325 | Myrtle A. Carruthers<br>269 W. Pulteney Street<br>Corning, NY 14830-2165 | $ 81.00 |



| | | |
|---|---|---|
| 10326 | Michelle Joliff<br>11545 Reche Canyon Road<br>Colton, CA 92324 | $ 159.32 |
| 10330 | Gwendolin Hanks<br>3570 Valley Vista<br>Yucca Valley, CA 92284 | $544.41 |
| 10332 | Takara Tak Iwashika<br>1071 Autumnwood Lane<br>Perris, CA 92571 | $442.06 |
| 10333 | Anna M. Stypmann<br>Richard R. Long, Power of Attorney<br>172 N. La Flecha<br>Greenvalley, AZ 85614 | $960.00 |
| 10334 | Bennett Family Trust<br>William L. & Dorothy L. Bennett<br>20502 Hamlin Street<br>Winnetka, CA 91306 | $340.60 |
| 10337 | Dorothy Tolman<br>1561 N. Leroy<br>Ridgecrest, CA 93555 | $634.65 |
| 10339 | Clara E. Gehrking Family Trust<br>18561 Santiago Bouelvard<br>Villa Park, CA 92861 | $522.79 |
| 10340 | Martha A. Colvin<br>17684 Mojave<br>Hesperia, CA 92345 | $783.43 |
| 10341 | Kevin J. Rathbun<br>12723 Dorsey Court<br>Victorville, CA 92392 | $204.49 |
| 10346 | Annie Bekke<br>9241 "C" Street, Sp. #42<br>Hesperia, CA 92345 | $1,968.00 |

| | | |
|---|---|---|
| 10347 | Charles E. Trujillo<br>316 South Center Street<br>Redlands, CA 92373 | $ 84.36 |
| 10349 | Mary Fleming<br>1685 Roxdale Drive<br>Yorba Linda, CA 92886-1666 | $84.21 |

2.  Said checks have not been submitted for payment, and more than 90 days have elapsed since issuance of said checks.

3.  The Trustee has stopped payment on said checks.

4.  The unclaimed funds are on deposit in THE BANK OF NEW YORK MELLON, Account No. 92000221989566.

5.  The last known name and address of payee, to which the check was sent, is listed above.

6.  A check in the amount of $7,058.33 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this 14th day of February, 2011.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2011, I served the foregoing **Deposit of Unclaimed Funds** upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

*/s/ signature/*