```
                                                            IN THE
                                                      UNITED STATES
                                                   BANKRUPTCY COURT

                                                   2011 FEB 14  PM 4:14

                                                   DISTRICT OF UTAH
```

Gary E. Jubber, Trustee (1758)
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 02-28236 (JTM) |
|---|---|
| MANSFIELD CORPORATION, MANSFIELD TRUST, a business trust MANSFIELD VIATICAL MANAGEMENT, INC., | Bankruptcy No. 02-38565<br>Bankruptcy No. 03-26985<br>(Chapter 7)<br>(Substantively Consolidated) |
| Debtors. | **DEPOSIT OF UNCLAIMED FUNDS**<br><br>Honorable Joel T. Marker |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. On October 20, 2010, the following checks were issued in the following amount:

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 10308 | S&S Family Estate<br>Benjamin Walters<br>10073 Valley View Street, #265<br>Cypress, CA 90630 | $ 84.35 |
| 10309 | Lena M. Pearson<br>Andrew J. Pearson<br>P.O. Box 56491<br>Riverside, CA 92517-1391 | $ 504.69 |

  10310    Celia S. Torres        $ 424.39
         9419 Holbrook
         Pico-Rivera, CA 90660

2. Said checks have not been submitted for payment, and more than 90 days have elapsed since issuance of said checks.

3. The Trustee has stopped payment on said checks.

4. The unclaimed funds are on deposit in THE BANK OF NEW YORK MELLON, Account No. 92000221989566.

5. The last known name and address of payee, to which the check was sent, is listed above.

6. A check in the amount of $1,013.43 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this _14th_ day of February, 2011.

                   _____
                   Gary E. Jubber, Trustee

ND: 4827-9968-7685, v. 1            2

## CERTIFICATE OF SERVICE

I hereby certify that on the $\underline{14^{th}}$ day of February, 2011, I served the foregoing **Deposit of Unclaimed Funds** upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

*[signature]*