Gary E. Jubber, Trustee (1758)
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>MANSFIELD CORPORATION,<br>MANSFIELD TRUST, a business trust<br>MANSFIELD VIATICAL MANAGEMENT, INC.,<br><br>Debtors. | Bankruptcy No. 02-28236 (JTM)<br>Bankruptcy No. 02-38565<br>Bankruptcy No. 03-26985<br>(Chapter 7)<br>(Substantively Consolidated)<br><br>**DEPOSIT OF UNCLAIMED FUNDS**<br><br>Honorable Joel T. Marker |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. On December 5, 2007, the following checks were issued in the following amounts:

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 2031 | The David E. Reniker Revocable Living Trust<br>500 N Bryan Rd L-16<br>Mission TX 78572<br>Labeled by P.O. as Deceased | $4,427.03 |
| 2051 | Louisa Stewart<br>631 S 5th Street<br>Douglas WY 82633 | $225.07 |
| 2055 | The Sanders 1999 Family Trust DTD 03/24/99<br>UNKNOWN ADDRESS | $536.00 |



12

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 2078 | Bernard Frederick<br>6606 S. Loomis Rd.<br>Wind Lake, WI 53185 | $1,329.60 |
| 2079 | Grace J. & Donald W. Westphal<br>5721 N Hwy 83<br>Hartland WI 53029 | $6,769.10 |
| 2081 | Linda Eberhardt-Gardener<br>9818 Stanalouise Dr<br>Louisville KY 40291 | $225.75 |
| 2096 | Emogene Ledford Living Trust<br>1631 Lotus Glen<br>Escondido, CA 92026 | $2,759.30 |
| 2173 | Gordon Lee Pletcher<br>2250 W. Mill St. #35<br>Colton, CA 92324 | $5,916.00 |
| 2186 | Brock Summers, Successor TTE<br>716 MOUN AVE<br>LA CA 90065 | $1,792.00 |
| 2230 | Bodine Family Trust; Russell C. Bodine<br>14816 Archwood St<br>Van Nuys, CA 91405 | $901.62 |
| 2231 | Harold W. Rimbey<br>7858 California Ave Apt. 245M<br>Riverside CA 92504-2536 | $870.40 |
| 2356 | Dale H. Prouse<br>1930-296 W San Marcos Blvd<br>San Marcos CA 92069<br>(Deceased) | $537.60 |
| 2374 | Barbara Hilton<br>1106 11th Street Circle N.W.<br>Hickory, N.C. 28601 | $66.00 |
| 2375 | Barbara Hilton<br>1106 11th Street Circle N.W.<br>Hickory, N.C. 28601 | $79.80 |
| 2378 | Barbara Hilton<br>1106 11th Street Circle N.W.<br>Hickory, N.C. 28601 | $128.00 |
| 2436 | Rotella Trust 1994; Vivian Joyce Rotella<br>1046 W. 1800 N.<br>Pleasant Grove, UT 84062-9301 | $1,222.30 |

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 2449 | Kubis Trust<br>16227 Oak Creektrail<br>Poway, CA 92064 | $224.46 |
| 2508 | Karen Mains<br>6585 Chrysler Drive<br>Belvidere, IL 61008-9438 | $1,536.00 |
| 2516 | Anne Marie Ciccone<br>1133 North 92 Street, Apt. 1004<br>Scottsdale, AZ 85260 | $521.04 |
| 2569 | Janet Scribner<br>22161 Napa Street<br>West Hills, CA 91804 | $1,660.07 |
| 2578 | Donald & Wilma Hanna c/o Robert Daumiller, Attorney<br>1766 South Escondido Blvd.<br>Escondido, CA 92025 | $993.43 |
| 2588 | Grant & Candace Grove<br>972 Count Wutzke Ave.<br>LV, NV 89119 | $298.00 |
| 2629 | Henrietta Gleason; Ron Steiger<br>3936 Tortega Cove<br>Oceanside, CA 92054 | $852.00 |
| 2698 | Helen M. Feder<br>W379 N6285 Wadebridge Road<br>Oconomowoc, WI 53066 | $500.05 |
| 2709 | Morton V. Stivison<br>3308 Fir Ave.<br>Alameda, CA 94502-6948 | $332.01 |
| 2716 | Kenneth L. Felt<br>10961 Desertlawn Dr. #30<br>Calimesa, CA 92320 | $8,319.17 |
| 2735 | Lowell E. Romines<br>41208 Mayberry Ave.<br>Hemet, CA 92544 | $899.23 |
| 2753 | Donald L. Crawford<br>2309 Cypress St.<br>Pine Bluff, AR 71603 | $385.78 |
| 2762 | Jamie S. Perkins<br>5425 Concord Blvd Unit B1<br>Concord CA 94521 | $2,718.09 |

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 2771 | Anna M. Stypmann; Richard R. Long, Power of Atty<br>172 N. La Flecha<br>Greenvalley, AZ 85614 | $2,560.00 |
| 2804 | James M. Egbert<br>432 Perdew<br>Ridgecrest CA 93555 | $16,791.53 |
| 2822 | Roy & Betty Woodward<br>15 Wyoming St.<br>Lovell, WY 82431 | $7,680.00 |
| 2835 | Bonnie V. & Richard G. Morrison<br>10408 Mockingbird Ave<br>Apple Valley, CA 92308 | $946.02 |
| 2858 | Kalliopi Katholos<br>Attn: James Seeley<br>One Lincoln Center<br>Syracuse NY 13202 | $3,360.00 |
| 2885 | Tracy F. Baker<br>340 Lakeside Drive<br>Covington GA 30016 | $236.50 |
| 2887 | Brandon A. Baker<br>340 Lakeside Drive<br>Covington GA 30016 | $236.50 |
| 2895 | Kathleen Van Ryn; Gary Van Ryn<br>14491 Schleisman Rd<br>Corona CA 92880 | $256.00 |
| 2958 | Jan Carty<br>686 ACR 2205<br>Palestine TX 75803 | $706.80 |
| 2963 | Thomas B. Horton<br>P.O. Box 9<br>Helendale CA 92342 | $448.00 |
| 2971 | Howard Paul<br>1314 NW 90th Court<br>Clive, IA 50325 | $408.93 |
| 2993 | Elsie Kinkade<br>5754 Lake Murray Blvd., Apt. B205<br>La Mesa, CA 91942-2221 | $1,760.00 |

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 2994 | Richard Parks<br>P. O. Box 3194<br>Mission Viejo, CA 92690 | $332.36 |
| 3025 | Frank R. Lemon Revocable Trust c/o Lynda L Snyder, Successor<br>11878 Holly Street<br>Grand Terrace, CA 92354 | $166.01 |
| 3039 | Clothilde Petinaud<br>4844 Castle Pines Ave.<br>Banning, CA 92220 | $796.83 |
| 3052 | Bernard W. Kasupski, III<br>541 Belleview Ave, Unit #5<br>Newport, RI 02840 | $472.00 |
| 3067 | Charles A. Hanna<br>P.O. Box 1000<br>Yucca Valley, CA 92284 | $168.00 |
| 3099 | Keith C. Chastain, TTE<br>150 Old Mill Rd., Apt. 301<br>Cartersville, GA 30120-4143 | $448.00 |
| 3189 | Peter Bartolomeo<br>467 Canyon View Way<br>Mesquite, NV 89027-3719 | $1,312.00 |
| 3204 | John Mulrooney<br>1455 S. Olympus Ave.<br>Hacienda Heights, CA 91745 | $166.01 |
| 3230 | Albert D. Smith; Reba 'n Al's Trust<br>5106 Glendora Ave.<br>Covina, CA 91724 | $512.00 |
| 3251 | Louise Roger, Trustee; Louise Rogers-Axel Family Trust<br>418 Cherry Hills Ln.<br>Thousand Oaks, CA 91320 | $682.37 |
| 3259 | Emma Thagard<br>7646 Victoria Ave<br>Yucca Valley, CA 92284 | $566.31 |
| 3311 | Rodney A. Hanan<br>105 Heritage Park Dr<br>Danville, CA 94506 | $168.13 |

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 3376 | Carmen Gallarzo<br>2989 Pacific Vista Ave.<br>Chino Hills, CA 91709 | $596.00 |
| 3391 | Patricia L. Hale<br>12702 Via Cortina, Suite 100<br>Del Mar, CA 92014 | $7,034.16 |
| 3400 | Juanita M. Vega<br>P.O. Box 411<br>Needles, CA 92363 | $15,154.27 |
| 3432 | Catherine C. Sullivan<br>27280 Nicholas Rd., Apt. D-105<br>Temecula, CA 92591 | $448.00 |
| 3443 | Frank R. Lemon Revocable Trust c/o Lynda L. Snyder, Successor<br>11878 Holly Street<br>Grand Terrace, CA 92354 | $166.01 |
| 3456 | Jenny L. & James F. King<br>1700 S. State St. Spc 12<br>Hemet, CA 92543 | $355.05 |
| 3476 | Mary Fleming<br>16851 Roxdale Dr.<br>Yorba Linda, CA 92886-1666 | $224.57 |
| 3493 | Clothilde Petinaud<br>4844 Castle Pines Ave.<br>Banning, CA 92220 | $298.81 |
| Subtotal | | $112,482.07 |

2. On January 25, 2008, the following check was issued in the following amount:

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 3601 | Joseph E. & Martha A. Harris<br>14227 Brentwood Dr<br>Victorville CA 92392 | $3,998.82 |

3. On February 20, 2008, the following check was issued in the following amount:

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 3628 | Arlene Transue<br>c/o Debra A. Hartman<br>1666 South Extension Road, Apt #4-104 | $3,176.00 |

ND: 4842-8369-8185, v. 1

6

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| | Mesa, AZ 85210 | |

4. On March 5, 2008, the following check was issued in the following amount:

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 3642 | John L. Klingman<br>1711 W. Orangewood PL<br>Avon Park, FL 33825-7899 | $2,249.04 |

5. On December 2, 2008, the following checks were issued in the following amounts:

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 3941 | The David E. Reniker Revocable Living Trust<br>500 N Bryan Rd L-16<br>Mission TX 78572<br>Labeled by P.O. as Deceased | $1,660.14 |
| 3961 | Louisa Stewart<br>631 S 5th Street<br>Douglas WY 82633 | $84.40 |
| 3965 | The Sanders 1999 Family Trust DTD 03/24/99<br>UNKNOWN ADDRESS | $201.00 |
| 3988 | Bernard Frederick<br>6606 S. Loomis Rd.<br>Wind Lake, WI 53185 | $498.60 |
| 3989 | Grace J. & Donald W. Westphal<br>5721 N HWY 83<br>HARTLAND WI 53029 | $2,538.41 |
| 3991 | Linda Eberhardt-Gardener<br>9818 Stanalouise Dr<br>Louisville KY 40291 | $84.66 |
| 4060 | Ellis Trust; William H. & Germaine D. Ellis<br>4463 San Felipe Rd. Apt. 228<br>San Jose, CA 95135-1523 | $62.25 |
| 4091 | Gordon Lee Pletcher<br>2250 W. Mill St. #35<br>Colton, CA 92324 | $2,218.50 |
| 4104 | Brock Summers, Successor TTE<br>716 MOUN AVE<br>LA CA 90065 | $672.00 |
| 4120 | John L. Klingman | $843.39 |

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
|  | 1711 W. Orangewood Pl<br>Avon Park, FL 33825-7899 |  |
| 4150 | Bodine Family Trust; Russell C. Bodine<br>14816 Archwood St<br>Van Nuys, CA 91405 | $338.11 |
| 4151 | Harold W. Rimbey<br>7858 California Ave Apt. 245M<br>Riverside CA 92504-2536 | $326.40 |
| 4277 | Dale H. Prouse<br>1930-296 W San Marcos Blvd<br>San Marcos CA 92069<br>(Deceased) | $201.60 |
| 4296 | Barbara Hilton<br>1106 11th Street Circle N.W.<br>Hickory, N.C. 28601 | $24.75 |
| 4297 | Barbara Hilton<br>1106 11th Street Circle N.W.<br>Hickory, N.C. 28601 | $29.93 |
| 4300 | Barbara Hilton<br>1106 11th Street Circle N.W.<br>Hickory, N.C. 28601 | $48.00 |
| 4358 | Rotella Trust 1994; Vivian Joyce Rotella<br>1046 W. 1800 N.<br>Pleasant Grove, UT 84062-9301 | $458.36 |
| 4371 | Kubis Trust<br>16227 Oak Creektrail<br>Poway, CA 92064 | $84.17 |
| 4429 | Karen Mains<br>6585 Chrysler Drive<br>Belvidere, IL 61008-9438 | $576.00 |
| 4437 | Anne Marie Ciccone<br>1133 North 92 Street, Apt. 1004<br>Scottsdale, AZ 85260 | $195.39 |
| 4490 | Janet Scribner<br>22161 Napa Street<br>West Hills, CA 91804 | $622.53 |
| 4499 | Donald & Wilma Hanna c/o Robert Daumiller, Attorney<br>1766 South Escondido Blvd.<br>Escondido, CA 92025 | $372.54 |

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 4509 | Grant & Candace Grove<br>972 Count Wutzke Ave.<br>LV, NV 89119 | $111.75 |
| 4550 | Henrietta Gleason; Ron Steiger<br>3936 Tortega Cove<br>Oceanside, CA 92054 | $319.50 |
| 4585 | Joseph E. & Martha A. Harris<br>14227 Brentwood Dr<br>Victorville CA 92392 | $1,499.56 |
| 4620 | Helen M. Ferber<br>W379 N6285 Wadebridge Road<br>Oconomowoc, WI 53066 | $187.52 |
| 4631 | Morton V. Stivison<br>3308 Fir Ave.<br>Alameda, CA 94502-6948 | $124.51 |
| 4639 | Kenneth L. Felt<br>10961 Desertlawn Dr. #30<br>Calimesa, CA 92320 | $3,119.69 |
| 4658 | Lowell E. Romines<br>41208 Mayberry Ave.<br>Hemet, CA 92544 | $337.21 |
| 4677 | Donald L. Crawford<br>2309 Cypress St.<br>Pine Bluff, AR 71603 | $144.67 |
| 4686 | Jamie S. Perkins<br>5425 Concord Blvd Unit B1<br>Concord CA 94521 | $1,019.28 |
| 4730 | James M. Egbert<br>432 Perdew<br>Ridgecrest CA 93555 | $6,296.82 |
| 4761 | Bonnie V. & Richard G. Morrison<br>10408 Mockingbird Ave<br>Apple Valley, CA 92308 | $354.76 |
| 4784 | Kalliopi Katholos<br>Attn: James Seeley<br>One Lincoln Center<br>Syracuse NY 13202 | $1,260.00 |
| 4811 | Tracy F. Baker<br>340 Lakeside Drive<br>Covington GA 30016 | $88.69 |

ND: 4842-8369-8185, v. 1                                9

| Check No. | Creditor/Address | Check Amount |
| --- | --- | --- |
| 4813 | Brandon A. Baker<br>340 Lakeside Drive<br>Covington GA 30016 | $88.69 |
| 4821 | Kathleen Van Ryn; Gary Van Ryn<br>14491 Schleisman Rd<br>Corona CA 92880 | $96.00 |
| 4884 | Jan Carty<br>686 ACR 2205<br>Palestine TX 75803 | $265.05 |
| 4889 | Thomas B. Horton<br>P.O. Box 9<br>Helendale CA 92342 | $168.00 |
| 4897 | Howard Paul<br>1314 NW 90th Court<br>Clive, IA 50325 | $153.35 |
| 4919 | Elsie Kinkade<br>5754 Lake Murray Blvd., Apt. B205<br>La Mesa, CA 91942-2221 | $660.00 |
| 4920 | Richard Parks<br>P. O. Box 3194<br>Mission Viejo, CA 92690 | $124.64 |
| 4965 | Clothilde Petinaud<br>4844 Castle Pines Ave.<br>Banning, CA 92220 | $298.81 |
| 4978 | Bernard W. Kasupski, III<br>541 Belleview Ave, Unit #5<br>Newport, RI 02840 | $177.00 |
| 5002 | Arlene Transue<br>c/o Debra A. Hartman<br>1666 South Extension Road, Apt #4-104<br>Mesa, AZ 85210 | $1,191.00 |
| 5025 | Keith C. Chastain, TTE<br>150 Old Mill Rd., Apt. 301<br>Cartersville, GA 30120-4143 | $168.00 |
| 5118 | Peter Bartolomeo<br>467 Canyon View Way<br>Mesquite, NV 89027-3719 | $492.00 |
| 5140 | Charles A. Hanna; Karen S. Shaffer<br>P.O. Box 1000<br>Yucca Valley, CA 92284 | $246.00 |

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 5183 | Louise Roger, Trustee; Louise Rogers-Axel Family Trust<br>418 Cherry Hills Ln.<br>Thousand Oaks, CA 91320 | $255.89 |
| 5191 | Emma Thagard<br>7646 Victoria Ave<br>Yucca Valley, CA 92284 | $212.37 |
| 5243 | Rodney A. Hanan<br>105 Heritage Park Dr<br>Danville, CA 94506 | $63.05 |
| 5332 | Juanita M. Vega<br>P.O. Box 411<br>Needles, CA 92363 | $5,682.85 |
| 5365 | Catherine C. Sullivan<br>27280 Nicholas Rd., Apt. D-105<br>Temecula, CA 92591 | $168.00 |
| 5389 | Jenny L. & James F. King<br>1700 S. State St. Spc 12<br>Hemet, CA 92543 | $133.14 |
| 5426 | Clothilde Petinaud<br>4844 Castle Pines Ave.<br>Banning, CA 92220 | $112.05 |
| Subtotal | | $37,760.98 |
| Grand Total | Paragraphs 1 through 5 | $159,666.91 |

6. Said checks have not been submitted for payment, and more than 90 days have elapsed since issuance of said checks.

7. The Trustee has stopped payment on said checks.

8. The unclaimed funds are on deposit in THE BANK OF NEW YORK MELLON, Account No. 92000221989566.

9. The last known name and address of payee, to which the check was sent, is listed above.

10. A check in the amount of $159,666.91 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this 6th day of June, 2011.

Gary E. Jubber, Trustee

### CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2011, I served the foregoing **Deposit of Unclaimed Funds** upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

4842-8369-8185, v. 1