Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy No. 02-28236 |
| --- | --- |
| | Bankruptcy No. 02-38565 |
| MANSFIELD CORPORATION, | Bankruptcy No. 03-26985 |
| MANSFIELD TRUST, a business trust | (Chapter 7) |
| MANSFIELD VIATICAL MANAGEMENT, INC., | (Substantively Consolidated) |
| | Honorable Joel T. Marker |
| Debtors. | |
| | **DEPOSIT OF FUNDS FOR SMALL CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 8.5% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
| --- | --- | --- |
| 36-0264 | Jonathan Elinsky<br>2322 E Sycamore St<br>Anaheim, CA 92806 | $0.73 |

| 36-0265 | Jonathan Elinsky<br>2322 E Sycamore St<br>Anaheim, CA 92806 | $1.44 |
|---|---|---|
| 36-0559 | Patricia M. King Revocable Living Trust<br>22861 Roxana<br>East Pointe, MI 48021 | $3.38 |

3. A check in the amount of $5.55 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 24th day of August, 2011.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2011, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

4817-9003-7258, v. 1

2