2011 AUG 26 12: 14

DISTRICT OF UTAH

Gary E. Jubber, Trustee (1758)
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re: | ) | Bankruptcy No. 02-28236 (JTM) |
| --- | --- | --- |
| | ) | Bankruptcy No. 02-38565 |
| MANSFIELD CORPORATION, | ) | Bankruptcy No. 03-26985 |
| MANSFIELD TRUST, a business trust | ) | (Chapter 7) |
| MANSFIELD VIATICAL MANAGEMENT, | ) | (Substantively Consolidated) |
| INC., | ) | |
| | ) | **DEPOSIT OF UNCLAIMED FUNDS** |
| Debtors. | ) | |
| | ) | Honorable Joel T. Marker |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. On August 23, 2011, the following checks were issued in the following amounts:

| Claim No. | Check No. | Creditor/Address | Check Amount |
| --- | --- | --- | --- |
| 36-0632 | 10903 | Anne Marie Ciccone<br>1133 North 92 Street, Apt. 1004<br>Scottsdale, AZ 85260 | $392.41 |
| 36-0462 | 10761 | Barbara Hilton<br>1106 11th Street Circle N.W.<br>Hickory, N.C. 28601 | $49.71 |
| 36-0463 | 10762 | Barbara Hilton<br>1106 11th Street Circle N.W.<br>Hickory, N.C. 28601 | $60.09 |
| 36-0466 | 10765 | Barbara Hilton | $96.40 |

| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
|  |  | 1106 11th Street Circle N.W.<br>Hickory, N.C. 28601 |  |
| 36-1315 | 11437 | Bernard W. Kasupski, III<br>541 Belleview Ave, Unit #5<br>Newport, RI 02840 | $355.47 |
| 36-1006 | 11206 | Bill Harris<br>645 Horning St. #3<br>San Jose, CA 95112 | $701.43 |
| 36-0285 | 10616 | Bodine Family Trust; Russell C. Bodine<br>14816 Archwood St<br>Van Nuys, CA 91405 | $679.03 |
| 36-1029 | 11224 | Bonnie V. & Richard G. Morrison<br>10408 Mockingbird Ave<br>Apple Valley, CA 92308 | $712.47 |
| 36-1088 | 11274 | Brandon A. Baker<br>340 Lakeside Drive<br>Covington GA 30016 | $178.11 |
| 36-1087 | 11273 | Brittany N. Baker<br>340 Lakeside Drive<br>Covington GA 30016 | $503.30 |
| 36-0228 | 10570 | Brock Summers, Successor TTE<br>716 Moun Avenue<br>Los Angeles, CA 90065 | $1,349.59 |
| 36-1519 | 11597 | Charles A. Hanna; Karen S. Shaffer<br>P.O. Box 1000<br>Yucca Valley, CA 92284 | $831.45 |
| 36-0066 | 10433 | Charles Sanders, The Sanders 1999 Family Trust DTD 03/24/99<br>UNKNOWN ADDRESS | $488.80 |
| 36-1291 | 11424 | Clothilde Petinaud<br>4844 Castle Pines Ave.<br>Banning, CA 92220 | $600.12 |
| 65-0809 | 11884 | Clothilde Petinaud<br>4844 Castle Pines Ave.<br>Banning, CA 92220 | $225.05 |
| 36-0437 | 10742 | Dale H. Prouse<br>1930-296 W San Marcos Blvd<br>San Marcos CA 92069<br>Labeled by Post Office as Deceased | $404.88 |

| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
| 36-0925 | 11140 | Donald L. Crawford<br>2309 Cypress St.<br>Pine Bluff, AR 71603 | $290.54 |
| 36-1218 | 11378 | Elsie Kinkade<br>5754 Lake Murray Blvd., Apt. B205<br>La Mesa, CA 91942-2221 | $1,325.49 |
| 36-0092 | 10457 | Grace J. & Donald W. Westphal<br>5721 N Hwy 83<br>Hartland WI 53029 | $5,097.96 |
| 36-0717 | 10973 | Grant & Candace Grove<br>972 Count Wutzke Ave.<br>Las Vegas, NV 89119 | $224.43 |
| 36-1190 | 11356 | Howard Paul<br>1314 NW 90th Court<br>Clive, IA 50325 | $307.98 |
| 36-0694 | 10955 | Janet Scribner<br>22161 Napa Street<br>West Hills, CA 91804 | $1,250.23 |
| 65-0740 | 11846 | Jenny L. & James F. King<br>1700 S. State St. Spc 12<br>Hemet, CA 92543 | $267.40 |
| 36-0808 | 11049 | John & Toyoko Shafer<br>26204 Birkdale Road<br>Sun City, CA 92586 | $505.40 |
| 36-0247 | 10586 | John L. Klingman<br>1711 W. Orangewood PL<br>Avon Park, FL 33825-7899 | $1,693.80 |
| 36-1096 | 11282 | Kathleen Van Ryn; Gary Van Ryn<br>14491 Schleisman Rd<br>Corona CA 92880 | $192.80 |
| 36-1372 | 11483 | Keith C. Chastain, TTE<br>150 Old Mill Rd., Apt. 301<br>Cartersville, GA 30120-4143 | $337.40 |
| 36-0537 | 10836 | Kubis Trust<br>16227 Oak Creektrail<br>Poway, CA 92064 | $169.05 |
| 36-0507 | 10806 | Lawrence P. McKiernan<br>1166 S Riverside Ave #76<br>Rialto CA 92376 | $254.11 |

| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
| | | Labeled by Post Office as Deceased | |
| 36-0094 | 10459 | Linda Eberhardt-Gardener<br>9818 Stanalouise Dr<br>Louisville KY 40291 | $170.02 |
| 36-0060 | 10429 | Louisa Stewart<br>631 S 5th Street<br>Douglas WY 82633 | $169.50 |
| 65-0114 | 11639 | Louise Roger, Trustee; Louise Rogers-Axel Family Trust<br>418 Cherry Hills Ln.<br>Thousand Oaks, CA 91320 | $513.91 |
| 36-0901 | 11121 | Lowell E. Romines<br>41208 Mayberry Ave.<br>Hemet, CA 92544 | $677.23 |
| 36-0866 | 11094 | Morton V. Stivison<br>3308 Fir Ave.<br>Alameda, CA 94502-6948 | $250.05 |
| 36-1472 | 11576 | Peter Bartolomeo<br>467 Canyon View Way<br>Mesquite, NV 89027-3719 | $988.10 |
| 36-1219 | 11379 | Richard Parks<br>P. O. Box 3194<br>Mission Viejo, CA 92690 | $250.30 |
| 36-0111 | 10476 | Richard Swift<br>568 S Campus Way<br>Davis, CA 95616<br>Labeled by Post Office as Deceased | $2,793.48 |
| 65-0294 | 11699 | Rodney A. Hanan<br>105 Heritage Park Dr<br>Danville, CA 94506 | $126.62 |
| 36-0524 | 10823 | Rotella Trust 1994; Vivian Joyce Rotella<br>1046 W. 1800 N.<br>Pleasant Grove, UT 84062-9301 | $920.54 |
| 36-0039 | 10409 | The David E. Reniker Revocable Living Trust<br>500 N Bryan Rd L-16<br>Mission TX 78572<br>Labeled by Post Office as Deceased | $3,334.10 |

| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
| 36-1182 | 11348 | Thomas B. Horton<br>P.O. Box 9<br>Helendale, CA 92342 | $337.40 |
| 36-1086 | 11272 | Tracy F. Baker<br>340 Lakeside Drive<br>Covington GA 30016 | $178.11 |
| Total | | | $30,254.26 |

2. During the prior distributions checks were returned and no updated address information has been received by the Trustee.

3. The Trustee has stopped payment on said checks.

4. The unclaimed funds are on deposit in THE BANK OF NEW YORK MELLON, Account No. 92000221989566.

5. The last known name and address of payee, to which the prior checks were sent, are listed above.

6. A check in the amount of $30,254.26 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this 26th day of August, 2011.

_____, trustee
Gary E. Jubber, Trustee

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August, 2011, I served the foregoing **Deposit of Unclaimed Funds** upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

4838-3974-1962, v. 1