Gary E. Jubber, Trustee (1758)
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>MANSFIELD CORPORATION,<br>MANSFIELD TRUST, a business trust<br>MANSFIELD VIATICAL MANAGEMENT, INC.,<br><br>Debtors. | Bankruptcy No. 02-28236 (JTM)<br>Bankruptcy No. 02-38565<br>Bankruptcy No. 03-26985<br>(Chapter 7)<br>(Substantively Consolidated)<br><br>**DEPOSIT OF UNCLAIMED FUNDS**<br><br>Honorable Joel T. Marker |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1.  On August 23, 2011, the following checks were issued in the following amounts:

| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
| 36-0040 | 10410 | Elaine M. Batch; Robert W. Batch<br>26151 Crestone Dr.<br>Sun City, CA 92586 | $171.20 |
| 36-0322 | 10649 | Yachiyo W. Haney<br>16955 Ouray Rd.<br>Apple Valley, CA 92307 | $1,043.66 |
| 36-0368 | 10690 | Frances Sabol<br>P.O. Box 1325<br>29 Palms, CA 92277 | $4,917.95 |

| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
| 36-0446 | 10746 | Tony Alosi<br>1588 South Cerritos<br>Palm Springs, CA 92264 | $1,303.23 |
| 36-0599 | 10873 | Michelle Jolliff<br>11545 Reche Canyon Rd.<br>Colton, CA 92324 | $319.96 |
| 36-0661 | 10927 | Daniel Walker; Andrea Walker<br>26-8 Winwood Ct.<br>Lanark, IL 61046 | $573.58 |
| 36-0800 | 11040 | John Pereira<br>P.O. Box 921<br>Joshua Tree, CA 92252 | $192.80 |
| 36-0946 | 11159 | Anna M. Stypmann (deceased)<br>Richard R. Long, Power of Atty (deceased)<br>172 N. La Flecha<br>Greenvalley, AZ 85614 | $1,927.99 |
| 36-1127 | 11308 | Neva Jennings<br>c/o Linda Ruward, Trustee<br>22 Sioux Avenue<br>Riverton, WY 82501 | $3,504.12 |
| 36-1380 | 11489 | Wendell Walker<br>203 N. Pawnee<br>Flagstaff, AZ 86001 | $241.00 |
| 36-1436 | 11538 | Brian Turner<br>4468 Valle Vista Ct.<br>Phelan, CA 92371 | $253.05 |
| 36-1439 | 11541 | Lena M. Pearson; Andrew J. Pearson<br>P.O. Box 56491<br>Riverside, CA 92517-1391 | $1,013.58 |
| 65-0137 | 11648 | Victor T. Neumann Trust; Victor Neumann<br>22766 Outer Dr.<br>Dearborn, MI 48124 | $1,147.76 |
| 65-0721 | 11839 | Rodney P. Knaak<br>79769 Carmel Valley Avenue<br>Indio, CA 92201 | $566.18 |
| 65-0745 | 11848 | Kamaljeet Bains<br>1490 Ridgeview Circle<br>Auburn, CA 95603 | $448.86 |
| Total | | | $17,624.92 |

2. Said checks have not been submitted for payment and were returned to sender as *return to sender unable to forward.*

3. The Trustee has stopped payment on said check.

4. The unclaimed funds are on deposit in THE BANK OF NEW YORK MELLON, Account No. 92000221989566.

5. The last known name and address of payee, to which the prior checks were sent, are listed above.

6. A check in the amount of $17,624.92 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this 31 day of August, 2011.

Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2011, I served the foregoing **Deposit of Unclaimed Funds** upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>U.S. Trustees Office
>Ken Garff Building
>405 S. Main Street
>Suite 300
>Salt Lake City, UT 84111

_____

4818-4830-2090, v. 1