Gary E. Jubber, Trustee (1758)
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>MANSFIELD CORPORATION,<br>MANSFIELD TRUST, a business trust<br>MANSFIELD VIATICAL MANAGEMENT, INC.,<br><br>Debtors. | Bankruptcy No. 02-28236 (JTM)<br>Bankruptcy No. 02-38565<br>Bankruptcy No. 03-26985<br>(Chapter 7)<br>(Substantively Consolidated)<br><br>**DEPOSIT OF UNCLAIMED FUNDS**<br><br>Honorable Joel T. Marker |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. On August 23, 2011, the following checks were issued in the following amounts:

| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
| 36-1103 | 11289 | Rex Jackson<br>4495 N. Trail Blazer Place<br>Meridian, ID 83642 | $386.65 |
| 36-1248 | 11396 | Irena Milaszius; Jonas Milaszius<br>653 Maple Avenue<br>Campbell, CA 95008 | $542.25 |
| 36-1320 | 11442 | Helen E. Cline<br>PO Box 3363<br>McCleary, WA 98557 | $1,204.99 |

3

| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
| 65-0382 | 11718 | Patricia S. Swingler (fka Norberg)<br>2334 S. River Road #6<br>St. George, UT 84790 | $170.15 |
| 65-0471 | 11752 | Bettye J. Jones<br>PO Box 8<br>Hartford, AR 72938 | $1,631.62 |
| 65-0670 | 11825 | Jose C. Gonzalez<br>12 West Gabilan Street<br>Salinas, CA 93901 | $439.58 |
| Total | | | $4,375.24 |

2. Said checks have not been submitted for payment and were returned to sender as *return to sender unable to forward.*

3. The Trustee has stopped payment on said check.

4. The unclaimed funds are on deposit in THE BANK OF NEW YORK MELLON, Account No. 92000221989566.

5. The last known name and address of payee, to which the prior checks were sent, are listed above.

6. A check in the amount of $4,375.24 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this __1st__ day of September, 2011.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the ___1st___ day of September, 2011, I served the foregoing **Deposit of Unclaimed Funds** upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

4820-6693-0698, v. 1