Gary E. Jubber, Trustee (1758)
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re: | ) | Bankruptcy No. 02-28236 (JTM) |
|---|---|---|
|  | ) | Bankruptcy No. 02-38565 |
| MANSFIELD CORPORATION, | ) | Bankruptcy No. 03-26985 |
| MANSFIELD TRUST, a business trust | ) | (Chapter 7) |
| MANSFIELD VIATICAL MANAGEMENT, INC., | ) | (Substantively Consolidated) |
|  | ) | **DEPOSIT OF UNCLAIMED FUNDS** |
| Debtors. | ) |  |
|  | ) | Honorable Joel T. Marker |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. On August 23, 2011, the following checks were issued in the following amounts:

| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
| 36-0004 | 10381 | Lee C. Cote<br>2771 Eldora Circle #C<br>Las Vegas, NV 89146 | $498.31 |
| 36-0013 | 10389 | Rex & Bev Simmons | $249.36 |
| 36-0063 | 10430 | Minerva Price<br>19000 West Lawn<br>Hesperia, CA 92345 | $867.22 |
| 36-0070 | 10436 | Anne Melashenko; Joseph Melashenko<br>1961 Dean Road<br>Paradise, CA 95969 | $859.82 |



| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
| 36-0250 | 10588 | John W. Benjamin; Juanita Benjamin<br>8651 Foothill Boulevard, #102<br>Rancho Cucamonga, CA 91730 | $168.70 |
| 36-0511 | 10810 | Elaine Esch<br>P.O Box 1395<br>Somerset, KY 42502-1395 | $177.76 |
| 36-0512 | 10811 | Elaine Esch<br>P.O Box 1395<br>Somerset, KY 42502-1395 | $337.40 |
| 36-0513 | 10812 | Lillian H. Flescher<br>P.O. Box 50637<br>Parks, AZ 86018 | $687.17 |
| 36-0521 | 10820 | Ian D. Flescher<br>P.O. Box 50637<br>Parks, AZ 86018 | $3,136.03 |
| 36-0522 | 10821 | Sarah M. Flescher<br>P.O. Box 50637<br>Parks, AZ 86018 | $1,711.09 |
| 36-0523 | 10822 | Lillian H. Flescher<br>P.O. Box 50637<br>Parks, AZ 86018 | $3,638.05 |
| 36-0540 | 10837 | Marjorie and Marvin Weitzman<br>23734 Western Cedar Ct.<br>Valencia, CA 91354-4935 | $3,869.61 |
| 36-1245 | 11394 | Ida L. Howton<br>613 Road North, N.E.<br>Moses Lake, WA 98837-9592 | $1,001.31 |
| 36-1330 | 11450 | Cusey Family Trust; Shirley Vialpando, TTEE<br>P.O. Box 1283<br>3076 DiGiorgio Road #13<br>Borrego Springs, CA 92004-1283 | $1,582.51 |
| Total | | | $18,784.34 |

2.  Said checks have not been submitted for payment and were returned to sender as *return to sender unable to forward.*

3.  The Trustee has stopped payment on said check.

2

4.   The unclaimed funds are on deposit in THE BANK OF NEW YORK MELLON, Account No. 92000221989566.

5.   The last known name and address of payee, to which the prior checks were sent, are listed above.

6.   A check in the amount of $18,784.34 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this 2nd day of September, 2011.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the ___2nd___ day of September, 2011, I served the foregoing **Deposit of Unclaimed Funds** upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

4843-5348-2250, v. 1