Gary E. Jubber, Trustee (1758)
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

|  |  |
|---|---|
| In re:<br><br>MANSFIELD CORPORATION,<br>MANSFIELD TRUST, a business trust<br>MANSFIELD VIATICAL MANAGEMENT,<br>INC.,<br><br>        Debtors. | Bankruptcy No. 02-28236 (JTM)<br>Bankruptcy No. 02-38565<br>Bankruptcy No. 03-26985<br>(Chapter 7)<br>(Substantively Consolidated)<br><br>**DEPOSIT OF UNCLAIMED FUNDS**<br><br>Honorable Joel T. Marker |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy

estate, represents to the Court that:

1.      On August 23, 2011, the following checks were issued in the following amounts:

| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
| 36-0087 | 10452 | Silas Simonson<br>2025 North Bush Street<br>#234<br>Santa Ana, CA 92705-2817 | $500.39 |
| 36-0159 | 10512 | Edward J. Nelson<br>4347 Mt Henry Ave<br>San Diego, CA 92117 | $2,589.19 |
| 36-0167 | 10518 | Lowell E. McKinley c/o Mildred L. McKinley, TTEE<br>15181 Van Buren Blvd. #99<br>Riverside, CA 92504 | $843.88 |



| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
| 36-0358 | 10681 | Maria A. Lombard<br>620 South Glassell Street<br>Apt. 119<br>Orange, CA 92866 | $6,133.26 |
| 36-0378 | 10695 | Rosalind J. Brand<br>P.O. Box 1418<br>Sarasota, FL 34230 | $168.70 |
| 36-0502 | 10801 | Darren McFall<br>16352 Golden Gate Lane<br>Huntington Beach, CA 92649 | $264.59 |
| 36-0918 | 11133 | Takara Tak Iwashika (deceased 7/25/11)<br>1071 Autumnwood Lane<br>Perris, CA 92571 | $887.81 |
| 36-0959 | 11171 | Sherry Huebner<br>820 Singingwood Drive<br>Reno, NV 89509-5921 | $221.27 |
| 36-0988 | 11195 | John Wolcott<br>211 Yacht Club Way, #359<br>Redondo, CA 90277 | $1,280.31 |
| 36-0991 | 11197 | Peterson Family Trust<br>c/o Robert Peterson<br>585 South Alton Way, Apt. 9C<br>Denver, CO 80247-5808 | $1,597.93 |
| 36-0992 | 11198 | Robert Peterson; Winifred Peterson<br>585 South Alton Way, Apt. 9C<br>Denver, CO 80247-5808 | $564.84 |
| 36-1010 | 11208 | Alejandrina R. Aldape<br>83064 Dillon Avenue<br>Indio, CA 92201 | $578.40 |
| 36-1120 | 11302 | Marjorie Galles<br>3773 SE Wyoming Blvd<br>Casper, WY 82601 | $482.00 |
| 36-1158 | 11327 | S&S Family Estate; Benjamin Walters<br>10073 Valley View Street #265<br>Cypress, CA 90630 | $169.40 |
| 36-1183 | 11349 | Collen Y. Warner<br>8305 S.E. 170th<br>Portland, OR 92736 | $845.46 |
| 36-1203 | 11368 | Emerson A. Stairs | $250.43 |

| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
| | | 119 W. Molloy Rd.<br>Syracuse, NY 13211 | |
| 36-1233 | 11386 | Gary Opp<br>1341 Rose Avenue<br>Ferndale, CA 95536-9768 | $224.43 |
| 36-1284 | 11419 | Clara E. Gehrking Family Trust<br>18561 Santiago Blvd<br>Villa Park, CA 92861 | $1,049.94 |
| 36-1327 | 11448 | Betty Jean Popovac UTA 7-1-92<br>Betty Jean Popovac, Trustee<br>5540 – 37th St. E.<br>Bradenton, FL 34203 | $125.39 |
| 36-1349 | 11465 | Helen Schindler<br>P.O. Box 725<br>33976 Albelia Street<br>Lucerne Valley, CA 92356 | $437.49 |
| 36-1450 | 11551 | Kevin J. Rathbun<br>12723 Dorsey Ct.<br>Victorville, CA 92392 | $410.69 |
| 65-0062 | 11621 | Otto H. & Imagene Kienitz (deceased)<br>Kienitz Trust<br>2050 Terrebonne Avenue<br>San Dimas, CA 91733-1335 | $1,217.04 |
| 65-0457 | 11742 | Marilyn A. White<br>10307 W. Knox Street<br>Edwards, IL 61528 | $170.24 |
| 65-0485 | 11757 | Carl Chastain<br>1113 Via Cievo Vista<br>Escondido, CA 92029 | $1,379.39 |
| 65-0546 | 11783 | Bessie D. Hudspeth<br>10257 Branscomb Street<br>Downey, CA 90243 | $468.79 |
| 65-0775 | 11866 | Mary Fleming<br>1685 Roxdale Dr.<br>Yorba Linda, CA 92886-1666 | $169.14 |
| 65-0798 | 11878 | Richard P. Germano<br>6241 Yarrow Drive #F<br>Carlsbad, CA 92011 | $8,349.38 |
| Total | | | $31,379.78 |

2.      Said checks have not been submitted for payment and were returned to sender as *return to sender unable to forward.*

3.      The Trustee has stopped payment on said check.

4.      The unclaimed funds are on deposit in THE BANK OF NEW YORK MELLON, Account No. 92000221989566.

5.      The last known name and address of payee, to which the prior checks were sent, are listed above.

6.      A check in the amount of $31,379.78 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this __6th__ day of September, 2011.



_____
Gary E. Jubber, Trustee

4

## CERTIFICATE OF SERVICE

I hereby certify that on the ___6th___ day of September, 2011, I served the foregoing **Deposit of**

**Unclaimed Funds** upon the following party in interest by depositing a copy thereof in the United

States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

4825-8578-0490, v. 1

5