Gary E. Jubber, Trustee (1758)
215 South State Street
Suite 1200
Salt Lake City, Utah  84111-2323
Telephone:  (801) 531-8900

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy No. 02-28236 (JTM) |
| | Bankruptcy No. 02-38565 |
| MANSFIELD CORPORATION, | Bankruptcy No. 03-26985 |
| MANSFIELD TRUST, a business trust | (Chapter 7) |
| MANSFIELD VIATICAL MANAGEMENT, INC., | (Substantively Consolidated) |
| | **DEPOSIT OF UNCLAIMED FUNDS** |
| Debtors. | |
| | Honorable Joel T. Marker |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy

estate, represents to the Court that:

1.    On August 23, 2011, the following checks were issued in the following amounts:

| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
| 36-0645 | 10915 | Timothy Galligan<br>1894 Hwy 50 East, #4<br>PMB 110<br>Carson City, NV 89701 | $340.10 |
| 36-0713 | 10969 | Barbara Scheidemantle<br>20594 Bear Valley Rd. Apt. 113<br>Apple Valley, CA 92308-3004 | $845.56 |

| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
| 36-1344 | 11460 | Arlene Transue<br>c/o Stephen Wade Nebgen<br>3131 East Camelback Road<br>Suite 110<br>Phoenix, AZ 85016 | $2,391.91 |
| 65-0374 | 11716 | Timothy Galligan<br>1894 Hwy 50 East, #4<br>PMB 110<br>Carson City, NV 89701 | $337.40 |
| Total | | | $3,914.97 |

2.      Said checks have not been submitted for payment and were returned to sender as

*return to sender unable to forward.*

3.      The Trustee has stopped payment on said check.

4.      The unclaimed funds are on deposit in THE BANK OF NEW YORK MELLON,

Account No. 92000221989566.

5.      The last known name and address of payee, to which the prior checks were sent, are

listed above.

6.      A check in the amount of $3,914.97 representing said unclaimed funds has been

made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this _26ᵗ_ day of September, 2011.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2011, I served the foregoing **Deposit of**

**Unclaimed Funds** upon the following party in interest by depositing a copy thereof in the United

States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

4824-9469-5434, v. 1