FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 OCT 18  AM 11: 16

DISTRICT OF UTAH

Gary E. Jubber, Trustee (1758)
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re:<br><br>MANSFIELD CORPORATION,<br>MANSFIELD TRUST, a business trust<br>MANSFIELD VIATICAL MANAGEMENT, INC.,<br><br>Debtors. | Bankruptcy No. 02-28236 (JTM)<br>Bankruptcy No. 02-38565<br>Bankruptcy No. 03-26985<br>(Chapter 7)<br>(Substantively Consolidated)<br><br>**DEPOSIT OF UNCLAIMED FUNDS**<br><br>Honorable Joel T. Marker |
|---|---|

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. On August 23, 2011, the following checks were issued in the following amounts:

| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
| 36-0465 | 10764 | Norma Frye<br>961 8th Street NE<br>Hickory, NC 28601 | $881.45 |
| 36-0598 | 10872 | Ronald W. Broswski<br>5155 West Tropicana Avenue<br>#52-1102<br>Las Vegas, NV 89103-7000 | $168.70 |

3

Document    Page 2 of 3

| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
| 36-0641 | 10912 | Chester Garcia<br>724 Valle Vista Avenue<br>Vallejo, CA 94590 | $741.07 |
| 65-0447 | 11737 | Allen Whiting Parmenter II<br>9364 West Deanna Drive<br>Peoria, AZ 85382 | $1,392.70 |
| 65-0497 | 11761 | Gene T. Smith; Eleanor Smith<br>PO Box 1986<br>Apple Valley, CA 92307 | $385.60 |
| Total | | | $3,569.52 |

2. Said checks have not been submitted for payment and were returned to sender as *return to sender unable to forward.*

3. The Trustee has stopped payment on said check.

4. The unclaimed funds are on deposit in THE BANK OF NEW YORK MELLON, Account No. 92000221989566.

5. The last known name and address of payee, to which the prior checks were sent, are listed above.

6. A check in the amount of $3,569.52 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this 17th day of October, 2011.

Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, 2011, I served the foregoing **Deposit of Unclaimed Funds** upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>U.S. Trustees Office
>Ken Garff Building
>405 S. Main Street
>Suite 300
>Salt Lake City, UT 84111

_____

4832-0007-3482, v. 1